```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
JULIA R. COHEN,                        : 05 Civ. 6780 (RJS) (JCF)
                                       :
                Plaintiff,             :      O R D E R
                                       :
       - against -                     :
                                       :
THE CITY OF NEW YORK, a municipal      :
entity, NEW YORK CITY POLICE           :
OFFICERS STEVEN CHOINSKI, Shield       :
# 28673, and "JOHN DOES" and "SALLY    :
ROWES," individually and in their      :
official capacities, JOSEPH            :
ESPOSITO, individually and in his      :
official capacity as Chief of the      :
New York City Police Department,       :
RAYMOND KELLY, individually and in     :
his capacity as New York City          :
Police Commissioner, BRUCE SMOLKA,     :
individually and in his official       :
capacity as an Assistant Chief in      :
the New York City Police Department    :
and in Patrol Borough Manhattan        :
South,                                 :
                                       :
                Defendants.            :
- - - - - - - - - - - - - - - - - - - :
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/09

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on April 7, 2009, it is hereby ORDERED as follows:

1. By April 30, 2009, non-party I-Witness Video ("IWV") shall provide all of the subject videotapes to the designated vendor, Video Perfect, to be reproduced.

2. Video Perfect shall not disclose to any third party, including the City of New York, any of its agencies, or its counsel or to any law enforcement agency any information from the videotapes that identify the videographer.

3. Copies created by Video Perfect shall not contain or bear any information that has been redacted from IWV videos.

1

4. Video Perfect shall not remove, alter, or tamper with the redacting tape on any of the IWV videos, or otherwise attempt to review the redacted information.

5. Video Perfect shall not disclose to any third party, including those identified in paragraph 2 above, any IWV video

6. In the event that any IWV video or copy is sought pursuant to subpoena, demand by governmental authority, or court order, Video Perfect shall immediately notify this Court and counsel for the City of New York and for IWV and shall defer compliance until this Court has authorized disclosure.

7. Upon completing the copying of an IWV video, Video Perfect shall provide that video and the copy of IWV or its counsel and to no other person or entity. Video Perfect shall not retain copies of any IWV video.

8. Within one week of receiving a copy of any videotape back from Video Perfect, IWV shall forward the copy to defendants' counsel

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 8, 2009

Copies mailed this date:

James I. Meyerson, Esq.
396 Broadway - Suite # 601
New York, New York 10013

2

James Mirro, Esq.
Special Assistant Corporation Counsel
100 Church Street
New York, New York 10007

Harry Sandick, Esq.
Edward D. Altabet, Esq.
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, New York 10022